IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHAD A. RUSSELL, | : | |
| | : | DOCKET NO.: 17-24566-GLT |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | FEBRUARY 5, 2018, @ 10:00 A.M. |
| v. | : | |
| | : | |
| CHAD A. RUSSELL, | : | |
| | : | RELATED TO DOCKET NO.: 22 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on January 31, 2018, by:

**17-24566-GLT Notice will be electronically mailed to:**

Lauren M. Lamb at julie.steidl@steidl-steinberg.com, courtdocs.sands@gmail.com, leslie.nebel@steidl-steinberg.com, dambrose@steidl-steinberg.com, cgoga@steidl-steinberg.com, lamblr53037@notify.bestcase.com, rlager@steidl-steinberg.com

United States Trustee at USTPRegion03.pi.ecf@usdoj.gov

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

James Warmbrodt at bkgroup@kmllawgroup.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**17-24566-GLT Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  January 31, 2018

                                                    Respectfully submitted by,


By:    /s/ Joseph J. Swartz
          Counsel
          PA Department of Revenue
          Office of Chief Counsel
          P.O. Box 281061
          Harrisburg, PA 17128-1061
          PA Attorney I.D.:  309233
          Phone: (717) 346-4645
          Facsimile: (717) 772-1459
          JoseSwartz@pa.gov