# MINUTES OF CHAPTER 13 §341(a) MEETING OF CREDITORS
# AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Russell_____ JAD/TPA/CMB/**GLT**

Case Number: __17-24566__

Date of Meeting: __2/5/18__       Recording # __8__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Lamb_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __12/22/17__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

- Business questionnaire & operating reports
- proposed as 100% plan

**FILED**
FEB 08 AM
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

No payments sent — can 1+ be pre date covered

__✓__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD       _____ Order to Show Cause Requested
                              _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
_____ 341 Meeting OR __✓__ Conciliation Conf. OR _____ *Contested Hearing
On __4/26/18__ at __2:30__ /Location _____

_____
Chapter 13 Trustee/Attorney for Trustee