UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Chad A. Russell | : | No. 17-24566-GLT |
| Debtor | : | Chapter 13 |
| Ally Bank Lease Trust | : | Hearing Date: 3/28/18 at 9:00 a.m. |
| Movant | : | Response Date: 2/25/18 |
| vs. | : | |
| Chad A. Russell<br>Beckie S. Harbison, Co-Debtor<br>Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
### Motion for Relief from Stay and for Co-Debtor Relief, Docket No. 24

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief and for Co-Debtor Relief filed on February 8, 2018 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay and for Co-Debtor appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay and for Co-Debtor Relief were to be filed and served no later than February 25, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay and for Co-Debtor Relief be entered by the Court.

Date:  2/27/18           By:     s/ Brett Solomon
                                 Brett A. Solomon, Esquire
                                 Pa. I.D. #83746
                                 bsolomon@tuckerlaw.com
                                 TUCKER ARENSBERG, P.C.
                                 1500 One PPG Place
                                 Pittsburgh, Pennsylvania 15222
                                 412-566-1212