FILED
5/24/18 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                      :     Case No.:    17-24566-GLT
                         :     Chapter:     13

Chad A. Russell              :

                         :

                         :     Date:         5/23/2018
            *Debtor(s).*        :     Time:        11:00

## PROCEEDING MEMO

*MATTER:*          #34 - Chapter 13 Trustee's Oral Motion to Dismiss Case
                     # 37 - Response filed by the Debtor

                     #14 - Confirmation of Chapter 13 Plan Dated 12-22-17 (N)
                     #21 - Objection by Harley-Davidson Credit Corp.
                     #22 - Objection by PA Dept. of Revenue

*APPEARANCES:*

         Debtor:          Abagale Steidl
         Trustee:         Owen Katz

*NOTES:*

Steidl: Payments have not started. Filed a response to give the Debtor the maximum amount of time to comply.

Katz: Received a refund payment from Ally Financial. Has received no explanation about what the funds were for--unsure what to do with them. The Court may need to retain jurisdiction to resolve that matter.

*OUTCOME:*

1. The case is dismissed without prejudice. The Court retains jurisdiction for 90 days to determine the status of the refund payment from Ally Financial. (HT to prepare.)

**DATED:** 5/23/2018