Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Chad A. Russell**    :    Case No. 17−24566−GLT
*Debtor(s)*    :    Chapter: 13
    :
    :
    :    Issued Per 5/23/2018 Proceeding
    :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of May, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) The Court retains Jurisdiction over this case for 90 days or until 8/22/2018, to determine the status of the refund payment from Ally Financial.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-24566-GLT
Chad A. Russell                                                         Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: May 24, 2018
                              Form ID: 309                Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db             +Chad A. Russell,    169 Valley View Road,    Imperial, PA 15126-1230
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L,,    6409 Congress Ave.,,
                 Suite 100,   Boca Raton, FL 33487-2853
14749281       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14749284       +Becky Harbison,    102 Arbor Drive,   Mc Donald, PA 15057-2191
14749286       +Citi Cards,   PO Box 183056,    Columbus, OH 43218-3056
14749288        Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
14727447       +Harley Davidson Credit Corporation,    Dept. 14129,    Palatine, IL 60055-0001
14740133       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14756567       +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
14749294       +Northwest Emergency Services,    366 Helen Street,    Mc Kees Rocks, PA 15136-2744
14727449       +PNC,   P.O. Box 747032,   Pittsburgh, PA 15274-7032
14749296       +Penn Credit,    916 S. 14th Street,   PO Box 988,    Harrisburg, PA 17108-0988
14727450       +Sheffeild Financial,    6010 Golding Center Drive,    Charlotte, NC 28258-0001
14727451        US Bank,    P. O. Box 709408,   Saint Louis, MO 63179-0408
14749301        Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14749282        EDI: URSI.COM May 25 2018 05:23:00      Alltran Financial,    PO Box 722910,
                 Houston, TX 77272-2910
14749283        EDI: GMACFS.COM May 25 2018 05:23:00      Ally,   PO Box 380902,    Minneapolis, MN 55438-0902
14753326        EDI: GMACFS.COM May 25 2018 05:23:00      Ally Bank Lease Trust,    PO Box 130424,
                 Roseville MN 55113-0004
14822049        E-mail/Text: WFB.Bankruptcy@cabelas.com May 25 2018 01:44:00      CAPITAL ONE BANK (USA), N.A.,
                 CABELA’S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
14749285       +E-mail/Text: WFB.Bankruptcy@cabelas.com May 25 2018 01:44:00      Cabelas Club Visa,
                 P.O. Box 82575,    Lincoln, NE 68501-2575
14766776        EDI: BL-BECKET.COM May 25 2018 05:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14749287       +EDI: CONVERGENT.COM May 25 2018 05:23:00      Convergent Outscoring, Inc.,    800 SW 39th Street,
                 PO Box 9004,   Renton, WA 98057-9004
14740732        EDI: DISCOVER.COM May 25 2018 05:23:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14749290       +EDI: CITICORP.COM May 25 2018 05:23:00      Home Depot Credit,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
14749291        EDI: IRS.COM May 25 2018 05:23:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14749292       +EDI: CBSKOHLS.COM May 25 2018 05:23:00      Kohls Payment Center,   P.O Box 2983,
                 Milwaukee, WI 53201-2983
14823780        EDI: RESURGENT.COM May 25 2018 05:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14727448        E-mail/Text: camanagement@mtb.com May 25 2018 01:42:49      M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240
14749295       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:43:03      PA Departmenet of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
14766586        EDI: PRA.COM May 25 2018 05:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14728304       +EDI: PRA.COM May 25 2018 05:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14750004        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:43:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14741640        EDI: Q3G.COM May 25 2018 05:23:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,   Kirkland, WA  98083-0788
14735741        E-mail/Text: bankruptcy@bbandt.com May 25 2018 01:42:55      Sheffield Financial,   PO Box 1847,
                 Wilson, NC  27894-1847
14749299       +EDI: RMSC.COM May 25 2018 05:23:00      Synchrony Bank,   PO Box 965004,
                 Orlando, FL 32896-5004
14752267        EDI: USBANKARS.COM May 25 2018 05:23:00      U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 5229,   Cincinnati, Ohio 45201-5229
14784640        EDI: AIS.COM May 25 2018 05:23:00      Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ally Bank Lease Trust
cr            Harley-Davidson Credit Corp
cr            PA Dept of Revenue
```

```
District/off: 0315-2           User: dbas                Page 2 of 2                  Date Rcvd: May 24, 2018
                               Form ID: 309              Total Noticed: 37

cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14749289*      +Harley Davidson Credit Corporation,    Dept. 14129,    Palatine, IL 60055-0001
14749293*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:  M&T Bank,    PO Box 1288,    Buffalo, NY 14240)
14749297*      +PNC,   P.O. Box 747032,    Pittsburgh, PA 15274-7032
14749298*      +Sheffeild Financial,    6010 Golding Center Drive,    Charlotte, NC 28258-0001
14749300*       US Bank,   P. O. Box 709408,    Saint Louis, MO 63179-0408
                                                                                TOTALS: 3, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Bank Lease Trust bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kevin M Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
              Lauren M. Lamb    on behalf of Debtor Chad A. Russell
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```