IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Chad A. Russell | : | Case No. 17-24566GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondents Named | : | |
| | : | Hearing Date |

## TRUSTEE'S STATUS REPORT

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

follows:

1. An Order dismissing this case was entered on May 24, 2018, at Doc. 38.

2. At the time of the dismissal the Trustee had a balance on hand of $2,482.56 that was traceable to an unexplained check received from Ally Bank. The Ally Bank check was the only payment received by the Trustee during the case. Trustee requested the Court retain jurisdiction pending a determination of who was entitled to the refund in light of the dismissal. The Court retained jurisdiction in accordance with paragraph (5) of the Order.

3. Trustee has been in email communication with attorneys for Ally Bank and has been advised that the payment reflected a surplus that remained following the sale of Debtor's vehicle, and that it had no residual

claim to the funds.

    4.    Based on the facts that Ally Bank has no residual claim to the funds and that there has been no confirmation order entered in this case, the Trustee believes that in accordance with 11 U.S.C. §1326(a)(2) the balance on hand should be paid over to the Debtor. There is no need for the Court to retain any further jurisdiction or for the case to remain open. Trustee will refund the balance on hand to the Debtor in accordance with her regular practice in such pre-confirmation dismissals.

    WHEREFORE, it is respectfully requested that the Court relinquish jurisdiction and close the case.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  06/14/18    by    _/s/ Owen W. Katz_____
Owen W. Katz - PA I.D. #36473
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Chad A. Russell | : | Case No. 17-24566GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondents Named | : | |
| | : | Hearing Date |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of June 2018, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA. 15222

Chad Russell
169 Valley View Road
Imperial PA 15126

Lauren Lamb, Esquire
707 Grant Street
28th Floor Gulf Tower
Pittsburgh PA 15219

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com