**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHAD A. RUSSELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-24566 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/13/2017 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,493.31 |
| Less Refunds to Debtor | 2,493.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 0.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 29,683.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4740 | | | | |
| SHEFFIELD FINANCIAL | 5,908.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9759 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 19,412.36 | 0.00 | 0.00 | 0.00 |
| Acct: 7659 | | | | |
| US BANK NA** | 28,576.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0151 | | | | |

* * * N O N E * * *

| | | | | |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHAD A. RUSSELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHAD A. RUSSELL | 2,493.31 | 2,493.31 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-24566 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* <br> Acct: 1254 | 46,410.37 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 1254 | 6,281.04 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY BANK LEASE TRUST <br> Acct: 7799 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLTRAN FINANCIAL <br> Acct: 7140 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*) <br> Acct: 7799 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA - CABELAS V <br> Acct: 3046 | 2,606.49 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE <br> Acct: 8032 | 12,003.68 | 0.00 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING <br> Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*) <br> Acct: 9358 | 2,524.87 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 7140 | 783.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA** <br> Acct: 9514 | 766.41 | 0.00 | 0.00 | 0.00 |
| NORTHWEST EMERGENCY SERVICES <br> Acct: 7978 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP <br> Acct: 1254 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT-CREDIT COI <br> Acct: 5915 | 549.43 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP <br> Acct: 0001 | 420.16 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 1254 | 2,069.36 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 1254 | 27,974.45 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK <br> Acct: 5915 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKY HARBISON <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |

| TOTAL PAID TO CREDITORS | | | | 0.00 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY      52,691.41
SECURED       83,580.48
UNSECURED     49.697.85

Date: 08/04/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com